AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MATTHEW DEAN PETTIGREW,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-347

TYRONE OLIVER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 13, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Respondent's Motion to Dismiss is granted, and Petitioner's Petition for Writ of Habeas Corpus is dismissed without prejudice as untimely. In addition, the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue, thus in forma pauperis status on appeal is denied. This action stands closed.

Approved by: _____

May 17, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020